NATHAN B. FOGELSON, as Trustee in Bankruptcy of LOWELL ADAMS FACTORS CORP., v. UNITED SANITARY CORPORATION, and ROBERT H. BAILEY.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

BERNARD LIEBERMAN v. BERNARD STEIN.— Motion to dismiss appeal granted, with $10 costs. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON CHAIKIND.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACK FLOOD and CHARLES JONES. — Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM GARCIA and REFINO VIRULA.— Motion to dismiss appeal granted. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

AMERICO SANNICANDRO, Respondent-Appellant, v. ALBERT A. LUTZ Co., INC., et al., Respondents-Appellants, and ARC ELECTRICAL CONSTRUCTION Co., INC., Appellant-Respondent.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

AMERICO SANNICANDRO, Respondent-Appellant, v. ALBERT A. LUTZ Co., INC., et al., Respondents-Appellants, and ARC ELECTRICAL CONSTRUCTION Co., INC., Appellant-Respondent.— Motion to dismiss appeal granted, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

ROSE LOMBARDO v. NUNZIO LOMBARDO.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

(October 26, 1954.)

In the Matter of EMRAY REALTY CORP., Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Respondent.

*Per Curiam.* This is an appeal by a landlord from an order of Special Term denying the landlord's motion to annul certain orders or directives of the State Rent Administrator reducing rents of apartments in a Harlem tenement.